AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

E-filing

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ KENNETH MOORE, a/k/a "Kenny Moe"

DISTRICT COURT NUMBER
CR08-351 SBA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction   } ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

UNITED STATES v. KENNETH MOORE

**COUNT ONE**
Distribution of Crack Cocaine
(21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

**FILED**

MAY 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

v.

Kenneth Moore, a/k/a "Kenny Mo,"

E-filing

CR08-351   SBA

DEFENDANT.

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) - Distribution of Crack Cocaine;

---

A true bill.

_____ Foreman

Filed in open court this _28th_ day of
MAY 2008

_____ Clerk

Bail, $ No bail, arrest warrant.
Wayne D. Brazil   5/28/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

E-filing

FILED
MAY 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. CR08-351 SBA |
|---|---|
| Plaintiff, | ) VIOLATION: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine |
| v. | ) |
| KENNETH MOORE, a/k/a "Kenny Mo," | ) OAKLAND VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Crack Cocaine)

On or about January 15, 2008, in the Northern District of California, defendant

KENNETH MOORE,
a/k/a "Kenny Mo,"

did knowingly and intentionally distribute a Schedule II controlled substance, namely, approximately 12.9 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine in violation of Title 21, United States Code, Sections

///

///

INDICTMENT

1

1 | 841(a)(1), (b)(1)(B)(iii).

2 | DATED:

3 | 5-28-08

A TRUE BILL.

_____
FOREPERSON

5 | JOSEPH P. RUSSONIELLO
United States Attorney

7 | W. _____
W. DOUGLAS SPRAGUE
8 | Chief, Oakland Branch

10 | (Approved as to form: _____
AUSA GARTH HIRE

INDICTMENT

2