Wolf, Pennella & Stevens, LLP
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@wps-law.com

Counsel for Defendant
Kenneth Moore

UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 08-351 SBA (KAW) |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING |
| KENNETH MOORE, | |
| Defendant | |

The parties hereby stipulate and agree that the status appearance set for March 16, 2017, be continued to April 25, 2017 at 9:30 a.m.  Mr. Moore currently has a court date in San Joaquim court in his state prosecution (the same arrest as the currently pending Form 12) on March 16, 2017, which he must attend.  Moreover, he is currently residing at the halfway house as ordered.  The parties have conferred with Probation Office Mark Unalp, who is available on date requested.

Therefore, the parties stipulate and request that this matter be continued to April 25, 2017 at 9:30 a.m., a date which both counsel and Probation are available.

//

SO STIPULATED:

Dated: March 13, 2017   _____/s/_____
Adam Pennella
Counsel for Kenneth Moore

Dated: March 13, 2017

BRIAN STRETCH
UNITED STATES ATTORNEY

_____/s/_____
Zachary Glimcher
Assistant United States Attorney

SO ORDERED:

Dated: 3/14/17

*[signature: Kandis Westmore]*
Honorable Kandis A. Westmore
United States Magistrate Judge